**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD WAYNE BELL, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00044 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Pending before the court are the Petitioner's Motion To Correct Sentence Under 28 U.S.C. § 2255 (Docket No. 1), the Government's Response (Docket No. 7), and the Petitioner's Reply (Docket No. 11).

For the reasons set forth in the accompanying Memorandum, the Motion To Correct Sentence (Docket No. 1) is DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

If the Petitioner gives timely notice of an appeal from the court's Memorandum and Order, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Castro v. United States,* 310 F.3d 900 (6th Cir. 2002).

It is so **ORDERED.**

Enter this 25th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge